JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Egumball, Inc., )<br><br>　　　　Plaintiff, )<br><br>　　v. )<br><br>Jason Hasty, et al., )<br><br>　　　　Defendant(s). )<br>_____ ) | SACV 11-01268 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON<br><br>SETTLEMENT OF CASE |

　　　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:　　　March 2, 2012

_____
James V. Selna
United States District Judge