JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EGUMBALL, INC., a California Corporation,<br><br>        Plaintiff;<br><br>vs.<br><br>JASON HASTY, an individual; SHOWCASE REALTY, INC, a California Corporation; and DOES 1 through 10 inclusive;<br><br>        Defendants. | Case No.: SACV11-01268 JVS (ANx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint filed:    August 24, 2011 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and based the Stipulation and Proposed Order of Dismissal with Retained Jurisdiction, and the Settlement Agreement between the parties (a true and correct copy of which is attached and incorporated herein as Exhibit "1"), this action is dismissed, but the court

1  will retain jurisdiction for a period of three (3) years from today's date, to enforce
2  Section 1(d) of the Settlement Agreement, if necessary.
3      All currently schedule hearing dates, if any, are vacated.
4
5  DATED: May 29, 2012          _____
6                                            Honorable James V. Selna

2
[PROPOSED] ORDER OF DISMISSAL

O:\ECF Ready\Egumball - Proposed Order re Dismissal.doc